**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**WILLIE LEE HUNTER**                                                              **PLAINTIFF**

**VERSUS**                                        **CIVIL ACTION NO. 1:09-cv-195-HSO-JMR**

**MELTON HARRIS,** *et al.*                                                  **DEFENDANTS**

**FINAL JUDGMENT**

This matter came on to be heard on Served Defendants' Motions for Partial Summary Judgment [23] and for Summary Judgment [40], and on Plaintiff's Motion for Summary Judgment [46].   The Court, after a full review and consideration of these Motions, Chief Magistrate Judge John M. Roper's Report and Recommendation [47], Plaintiff's Objection [51], Defendants' Response [52] to the Objection, the related pleadings, the record as a whole, and the relevant legal authorities, finds that in accord with its Memorandum Opinion and Order entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that judgment is rendered in favor of Defendants pursuant to FED. R. CIV. P. 56.  Plaintiff's case against Defendants is hereby dismissed with prejudice.

**SO ORDERED AND ADJUDGED**, this the 13th day of September, 2010.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE